UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                            :
ARNOLD PAIGE,                               :    CASE NO. 1:05-cv-2618
                                            :
             Petitioner,                    :    JUDGE JAMES S. GWIN
                                            :
vs.                                         :    ORDER & OPINION
                                            :    [Resolving Doc. No. 1, 16]
MARGARET BRADSHAW,                          :
Warden,                                     :
                                            :
             Respondent.                    :
                                            :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On November 8, 2005, Petitioner Arnold Paige filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. [Doc. 1.] With his petition, Paige challenges the constitutionality of his conviction on fifteen counts of rape with specifications, sixteen counts of kidnaping with specifications, twenty four counts of unlawful sexual activity with a minor, and one count of gross sexual imposition with specification. *Id.* Respondent Margaret Bradshaw opposes the petition. [Doc. 8.]

This matter was referred automatically to United States Magistrate Judge Nancy A. Vecchiarelli pursuant to Local Rule 72.2. [Doc. No. 6.] On April 4, 2007, Magistrate Judge Vecchiarelli issued a Report and Recommendation that the Court deny the Petitioner's writ. [Doc. 16.] Neither party objects to the Magistrate Judge's recommendation.

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of a Report and Recommendation to which the parties have made an objection. 28

-1-

Case No. 1:05-cv-2618
Gwin, J.

U.S.C. § 636(b)(1). Parties must file any objections to a Report and Recommendation within ten days of service. Failure to object within that time waives a party's right to appeal the magistrate judge's recommendation. FED. R. CIV. P. 72(a); *see Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Absent objection, a district court may adopt the magistrate's report without review. *Thomas*, 474 U.S. at 149. Moreover, having conducted its own review of the parties' briefs on the issue, this Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court adopts in whole Magistrate Judge Vecchiarelli's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court thus DENIES the petitioner's habeas petition.

IT IS SO ORDERED.


Dated: June 6, 2007               s/    *James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE